TO: UNITED STATES BANKRUPTY COURT
DISTRICT OF ARIZONA
Edward J. Maney, Trustee

FILED

FROM: William J. and Mary Lou Hickey, Debtors
Chap 13, Case #08-13910

2009 APR 28 P 3: 34

RE: OBJECTION TO MOVANTS MOTION TO LIFT THE
AUTOMATIC BANKRUPTCY STAY
MOVANT: NATIONAL CITY MORTGAGE/FIDELITY

CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

DATE: APRIL 28, 2009

Debtor hereby requests an order granting relief from automatic stay of 11 U.S.C. 362 (a),and to permit Movant to foreclose the lien of its Deed of Trust on real property owned by Debtors, by trustee's sale, judicial foreclosure proceedings or the exercise of the power of sale, and to obtain possession and control of real property, be denied or placed on hold until Debtors lender,Movant, National City Mortgage/Fidelity reviews Debtors workout filethat includes all financial information,Debtors qualify for restructure of lien under new legislation, known as Making Home Afforable, thatwas filed with National City Mortgage by Neighborhood Assistance Corp. of America, A non profit company, also known as NACA, on March 30, 2009 which National City Mortgage refuses to acknowledge receivingand another work out file sentby Debtors on April 24, 2009that National City Mortgage acknowledges receiving. National City Mortgage states they are unable to review Debtors file for restructuring for at least fifteen (15) days and maybe longerand can not give an actual date due to their work load, but they can foreclose on schedule,and in the mean time their bankruptcy and collection departments auctions Debtors home. Debtors are unable to bring loan current but do qualify for a restructure of the lien.

Respectfully submitted:

*William J. and Mary Lou Hickey* (signatures)
WILLIAM J. and MARY LOU HICKEY
23052 N. DeLa Guerra Court
Sun City West, Arizona 85375
(619) 444-8090  Voice
(866) 866-4645  Fax