**ORDERED ACCORDINGLY.**

Dated: November 01, 2009



_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re | In Proceedings Under Chapter 13 |
| WILLIAM J. HICKEY | Case No.: 2:08-bk-13910 PHX GBN |
| and | |
| MARY LOU HICKEY, | **ORDER DECONSOLIDATING CHAPTER 13 PROCEEDING** |
| Debtor(s). | |

THIS MATTER came before the court on Debtor MARY LOU HICKEY'S "Motion to Deconsolidate Chapter 13 Proceeding."

THE COURT has been advised of the circumstances and finds good cause.

IT IS ORDERED that case number 2:08-bk-13910 GBN be deconsolidated and that debtor MARY LOU HICKEY shall be assigned a new case number.

DATE: _____

_____
Judge, U.S. Bankruptcy Court

1